Opinion by SHARPE, J.

---

# Thompson v. First National Bank of Anniston.

APPEAL from the City Court of Anniston.
Tried before the Hon. JAMES W. LAPSLEY.

THOMPSON & THOMPSON and JOHN H. MILLER, for appellant.

J. J. WILLETT, for appellee.

The questions presented by the record are the same as those in the case of *Thompson v. Stringfellow, et al.*, 119 Ala. 317. The pleadings in the two cases are similar. Both were actions for money had and received for the use of the plaintiff, and like defenses set up in each. The principles which governed and controlled in the case above referred to are alike applicable here. Upon the authority of *Thompson v. Stringfellow, supra*, and the cases there cited, of *Steiner v. Tranum*, 98 Ala. 319, and *Pioneer Sav. Co. v. Thompson*, 115 Ala. 552, the judgment of the court below below is affirmed.

Opinion by DOWDELL, J.